IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| DA CONSULTING GROUP INC | § | |
| | § | 03-48128-H5-7 |
| | § | Chapter 7 |
| | § | |
| | § | MOTION TO PAY FUNDS INTO |
| | § | THE REGISTRY UNDER |
| | § | 11 U.S.C. §347(A) |
| DEBTOR(S) | § | |

The undersigned trustee reports

___    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_x_    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United State Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:    August 18, 2010              /s/ Randy W. Williams
                                       Randy W. Williams, Trustee
                                       Three Allen Center
                                       333 Clay Street, Suite 3300
                                       Houston, TX  77002
                                       (713) 654-8111
                                       (713) 654-1871 Facsimile

**CERTIFICATE OF SERVICE**

       I certify that the Amended Motion to Pay Funds into the Registry Under 11 U.S.C. §347(a) was served on the U.S. Trustee by first class U.S. Mail, postage prepaid, on this 18th day of August, 2010, unless served by ECF at the time of electronic filing.

                                          /s/ Randy W. Williams
                                        Randy W. Williams, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

____    Small Dividends

  x    Unclaimed Dividends

| Names and Address | Claim No. | Amount |
|---|---|---|
| DA Consulting Group (Canada) | 9 | $3,163.28 |
| Total | | $3,163.28 |